**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2289**

---

ALFREDA G. RAMSEUR,

Plaintiff - Appellant,

versus

ROBERT B. REICH, Secretary of Labor, U. S.
Department of Labor,

Defendant - Appellee.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., District Judge. (CA-95-382-2)

---

Submitted: April 7, 1998          Decided: May 18, 1998

---

Before ERVIN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Alfreda G. Ramseur, Appellant Pro Se. Stephen Michael Horn, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant Alfreda G. Ramseur appeals the district court's orders dismissing her claims filed under Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e-e17 (West 1994 & Supp. 1997) and the Rehabilitation Act of 1973, 29 U.S.C. § 794(a) (1994). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Ramseur v. Reich, No. CA-95-382-2 (S.D.W. Va. Mar. 31 & July 31, 1997). We deny Appellant's motion for a stay or injunctive relief under Fed. R. App. P. 8(a). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED